**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR03-42-01T DATE: September 14, 2005**

**TITLE: USA v. EEAN JOHNSON**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Lee Vilker, AUSA
Kevin Fitzgerald, Esq.
David Borelli, Probation

**PROCEEDINGS:**

Probation Violation Hearing:

Financial affidavit approved.
FPD appointed.
Court reviews violations.
Deft understands violations.
Deft requests hearing. Set for 9/21/05 at 11:00 a.m.
Govt requests detention.
No argument.
Deft remanded to custody.