UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 03-42-01T |
| | ) | |
| EEAN JOHNSON | ) | |

## MOTION TO CONTINUE

Now comes the defendant Eean Johnson, by and through his counsel, and moves this Honorable Court to continue the preliminary revocation hearing in this matter, currently scheduled for September 22, 2005.

As grounds the defendant submits that he is being arraigned on a new case and the additional time is needed to negotiate and research the possible disposition of the substantive charges.

Respectfully submitted
Eean Johnson
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a true copy of the within motion to Adi Goldstein, Assistant United States Attorney, on September 21, 2005.