756155

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
SEP 13 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court
## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

Eean Johnson

**WARRANT FOR ARREST**

CASE NUMBER: 1:03-CR-00042-01T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Eean Johnson
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)
Violation of Conditions of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Ryan H. Jackson
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

September 13, 2005
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at 29 Milk St, Providence, RI by U.S. Marshals | | |
| DATE RECEIVED 09/13/2005 | NAME AND TITLE OF ARRESTING OFFICER Brian McDonald Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 09/13/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.