**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-105T/CR03-42-01T** **DATE: September 22, 2005**

**TITLE:** **USA v. EEAN JOHNSON**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Adi Goldstein, AUSA
Kevin Fitzgerald, Esq.
Heather McLoughlin, Pretrial Services
David Borelli, Probation

**PROCEEDINGS:**

Arraignment & Probation Violation Hearing:

Court reads charge and rights.
Deft understands charge and rights.
Deft pleads not guilty.
Arraignment order entered.

Motion to continue Probation Violation Hearing
No objection from Govt
Granted - Hearing continued for 30 days
Hearing set for 10/24/05 at 10:00 a.m.

Deft remanded to custody