UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR No. 03-42T
:
EEAN JOHNSON :

**MEMORANDUM AND ORDER**

Defendant is currently before this Court on a supervised release violation petition. A supervised release revocation hearing under Fed. R. Crim. P. 32.1 was scheduled to be held on September 22, 2005. Defendant was recently indicted on a firearms charge in a related case (CR No. 05-105T) and his attorney has moved to continue the revocation hearing based on the opening of this new case, and his client's desire to have additional time to negotiate and research the possible disposition of these matters.

Defendant appeared on September 22, 2005 and was advised by this Court of his right to a revocation hearing and also his right that such revocation hearing be held "within a reasonable time." Fed. R. Crim. P. 32.1(b)(2). Defendant understood his rights and on the record indicated that he agreed with the motion to continue and wanted to waive the requirement that his revocation hearing be held within a reasonable time. After inquiring of both Defendant and his attorney, this Court found that Defendant understood his right to have a revocation hearing held within a reasonable period of time and that Defendant was making a knowing and voluntary waiver of that right based on the totality of the circumstances of these two related cases. Thus, Defendant's Motion to Continue the Revocation Hearing is GRANTED until October 24, 2005 at 10:00 a.m. At that time,

the parties will either proceed with the revocation hearing or Defendant may ask for a further continuance and waiver of his right to a revocation hearing within a reasonable time if warranted.

So Ordered:

LINCOLN D. ALMOND
United States Magistrate Judge
September 22, 2005