AO 245D (Rev. 6/05) Judgment in a Criminal Case for Revocation - Sheet 1

# United States District Court
## District of Rhode Island

RECEIVED
APR 04 2006
US MARSHALS
RHODE ISLAND

UNITED STATES OF AMERICA
v.
EEAN JOHNSON

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: 1:03CR00042-01T

USM Number: 05303-070

Kevin J. Fitzgerald, Esq.
Defendant's Attorney

THE DEFENDANT:

[✓] admitted guilt to violation of condition(s) of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Standard Condition | "The defendant shall not commit another federal, state or local crime while on supervised release." | September 9, 2005 |
| Special Condition | " For each week not employed or attending school on a full-time basis, the defendant shall perform 20 hours of community service as directed by the Probation Officer." | August 2005 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

*IT IS FURTHER ORDERED* that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-1378

Defendant's Date of Birth: XX/XX/79

Defendant's Residence Address:
Central Falls, RI 02863

Defendant's Mailing Address:
Central Falls, RI 02863

Attest to True Copy
DAVID A. DIMARZIO
By: Deputy Clerk

March 24, 2006
Date of Imposition of Sentence

Ernest C. Torres
Signature of Judicial Officer

ERNEST C. TORRES
Chief Judge
Name & Title of Judicial Officer

3/29/06
Date

25

CASE NUMBER: 1:03CR00042-01T
DEFENDANT: EEAN JOHNSON



# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months.

[✓] The court makes the following recommendations to the Bureau of Prisons:

**1. The defendant be assigned to a facility that is located in close proximity to Providence, RI so that his family can visit.**

**2. The defendant be assigned to a facility that can offer substance abuse counseling and treatment.**

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at __ on __.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on __.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on 6/8/06 to FCI, Ray Brook, NY

at ______________________, with a certified copy of this judgment.

T.R. Craig, Warden
UNITED STATES MARSHAL

By Debbie Lichtenwalter, LIE
Deputy United States Marshal